AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

KERRIE L. SHAFFNER-HUCKABY, an individual,

     Plaintiff,                JUDGMENT IN A CIVIL CASE

V.

                                   CASE NUMBER:  **3:08-cv-00594-LRH-RAM**

RALEY'S, a California Corporation,

     Defendant.

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendant's Motion for Summary Judgment (#22) is **GRANTED**.

   January 14, 2010                               **LANCE S. WILSON**
                                                          Clerk

                                                        D. R. Morgan
                                                      Deputy Clerk